UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMIE MATTHEW RILEY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No.: 3:14-cv-355-PLR-HBG |
| v. ) | |
| ) | |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
| *Defendants*. ) | |

## MEMORANDUM

This is a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983. On August 4, 2014, plaintiff was given twenty (20) days to amend his complaint to state a claim against the proper defendants who allegedly violated his civil rights or his action would be dismissed. Plaintiff has failed to amend his complaint or otherwise respond to the order of this Court. Therefore, this action will be **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted under 42 U.S.C. § 1983, and for plaintiff's failure to prosecute and to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). The Court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Rule 24 of the Federal Rules of Appellate Procedure.

**AN APPROPRIATE ORDER WILL ENTER.**

_____
**UNITED STATES DISTRICT JUDGE**